Fill in this information to identify the case:

United States Bankruptcy Court for the:
Western District of Texas

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | 5401 Montoya Dr. El Paso Texas, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 4 5 6 2 2 6 0 |

**4. Debtor's address**

**Principal place of business**

5401 Montoya Dr
Number    Street

El Paso, TX 79932-2410
City            State    ZIP Code

El Paso
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City            State    ZIP Code

**5. Debtor's website (URL)**   _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

### 7. Describe debtor's business

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    6 2 3 9

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check **all** that apply:
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes. District Western District of Texas   When 11/2/2020   Case number 20-31151
                                                          MM / DD / YYYY
           District Western District of Texas   When 8/29/2020   Case number 20-30966
                                                          MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____   Relationship _____
           District _____   When _____
                                              MM / DD / YYYY
           Case number, if known _____

Debtor  5401 Montoya Dr. El Paso Texas, LLC  Case number *(if known)* _____
        Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　　　　　　　　　　　Number　　Street<br>_____<br>City　　　　　　　　　　State　　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　☐ More than 100,000 |
| 15. | **Estimated assets** | ☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  5401 Montoya Dr. El Paso Texas, LLC  
       Name

Case number *(if known)* _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/01/2021  
            MM/ DD/ YYYY

X  /s/ Benjamin Joe Giron  
Signature of authorized representative of debtor

Printed name: Benjamin Joe Giron

Title  Sole Member

**18. Signature of attorney**

X  /s/ Timothy V. Daniel  
Signature of attorney for debtor

Date  02/01/2021  
     MM/ DD/ YYYY

Timothy V. Daniel  
Printed name

Timothy V. Daniel, PC  
Firm name

603 Mississippi Ave.  
Number      Street

El Paso      TX      79902  
City      State      ZIP Code

(915) 487-0072      tim@timvdaniel.com  
Contact phone      Email address

24052043      TX  
Bar number      State

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **5401 Montoya Dr. El Paso Texas, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     02/01/2021     Signature     /s/ Benjamin Joe Giron

Benjamin Joe Giron, Sole Member

5401 Montoya Dr. El Paso Texas, LLC
5401 Montoya Dr
El Paso, TX 79932-2410

El Paso National Mortgage, LLC
444 Executive Center Blvd Ste 240
El Paso, TX 79902-1039

Robert R. Feuille
201 E Main Dr Ste 1100
El Paso, TX 79901-1340

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Joe T. Meraz
c/o James W. Brewer
Kemp Smith LLP
Po Box 2800
El Paso, TX 79999-2800

Texstar Escrow, LLC
5809 Acacia Cir
El Paso, TX 79912-4859

United States Trustee
615 E. Houston Suite 533
San Antonio, TX 78205

William Ehrlich
The Ehrlich Law Firm
444 Executive Center Blvd Ste 240
El Paso, TX 79902

**United States Bankruptcy Court**
**Western District of Texas**

In re  **5401 Montoya Dr. El Paso Texas, LLC**                          Case No. _____
                                        Debtor(s)                       Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **5401 Montoya Dr. El Paso Texas, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]


**02/01/2021**                               **/s/ Timothy V. Daniel**
Date                                         **Timothy V. Daniel**
                                             Signature of Attorney or Litigant
                                             Counsel for **5401 Montoya Dr. El Paso Texas, LLC**
                                             **Bar Number: 24052043**
                                             **Timothy V. Daniel, PC**
                                             **603 Mississippi Ave.**
                                             **El Paso, TX 79902**
                                             **Phone: (915) 487-0072**
                                             **Email: tim@timvdaniel.com**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

IN RE: §
§
**5401 Montoya Dr. El Paso Texas, LLC** § Case No. _____
§
Debtor(s) § Chapter 11

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date 02/01/2021  *(signed)* Benjamin J Giron
Benjamin Joe Giron
Sole Member
EIN No. 8 2 - 4 5 6 2 2 6 0

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date 02/01/2021  *(signed)* Timothy V. Daniel
Timothy V. Daniel
Attorney