UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| 5401 MONTOYA DR. EL PASO TEXAS, LLC, | § § § | CASE NO. 21-30067- HCM<br>Chapter 11, Subch. V |
| DEBTOR | § | |

**NOTICE OF SECURITY INTERST IN RENTS, REVENUES, AND PROCEEDS ARISING FROM REAL PROPERTY PURSUANT TO 11 U.S.C. § 552(b)(2) CONSTITUTING CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(a), AND <u>OBJECTION TO USE OF CASH COLLATERAL</u>**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

EL PASO NATIONAL MORTGAGE, LLC, (hereinafter "EPNM") and files this Notice of Security Interest in Rents and Revenues Arising from Real Property Pursuant to 11 U.S.C. § 552(b)(2) Constituting Cash Collateral Pursuant to 11 U.S.C. § 363(a) and Objection to Use of Cash Collateral, and for cause would show this honorable Court as follows:

1. At the time of the filing of Debtor's petition, EPNM was the owner and holder of a secured promissory note executed by Debtor, 5401 Montoya Dr. El Paso Texas LLC, a Texas limited liability company ("Borrower"), and made payable EPNM (the "Note").

2. The Note is secured by a Deed of Trust lien (the "Deed of Trust") which covers the following Real Property (the "Property") and an Assignment of Rents:

> Lot 24, Block 2, CLOVERDALE SUBDIVISION, an Addition to the City of El Paso, El Paso County, Texas, according to the Plat thereof recorded in Volume 7, Page 39, Plat Records of El Paso County, Texas (commonly known as 5401 Montoya Drive, El Paso, Texas).

3. The loan documents grant to EPNM, as holder of the Note, a security interest in rents and proceeds of the Property. The rents, revenues, and proceeds of the Property are EPNM's cash collateral.

1196800.1

4. EPNM has not consented to the use of its cash collateral, nor has the Court approved the use of EPNM's cash collateral. EPNM respectfully demands that the Debtor and the Borrower (1) cease any use of all such cash collateral, (2) not commingle such cash collateral with other funds and segregate said cash collateral into separate bank accounts, and (3) provide an accounting of all cash collateral received from the Property since the filing of the Debtor's petition in this case.

Respectfully submitted,
**SCOTTHULSE** $^{PC}$
One San Jacinto Plaza
201 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, Texas 79999-9123
(915) 533-2493
(915) 546-8333 Telecopier
Bfeu@scotthulse.com

By: */s/Robert R. Feuille*
**ROBERT R. FEUILLE**
State Bar No. 06949100

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 5<u>th</u> day of <u>February, 2021</u>, a true and correct copy of the foregoing instrument was served by electronic mail to the parties listed below, and 5401 Montoya Ave., El Paso, Texas 79932, and the persons and entities identified in the attached matrix, as well as:

Timothy V. Daniel
Timothy V. Daniel, P.C.
603 Mississippi Ave.
El Paso, Texas 79902

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, Texas 79401

/s/*Robert R. Feuille*
**ROBERT R. FEUILLE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30067-hcm<br>Western District of Texas<br>El Paso<br>Fri Feb  5 18:06:03 CST 2021 | 5401 Montoya Dr. El Paso Texas, LLC<br>5401 Montoya Dr<br>El Paso, TX 79932-2410 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| El Paso National Mortgage, LLC<br>444 Executive Center Blvd Ste 240<br>El Paso, TX 79902-1039 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Joe T. Meraz<br>c/o James W. Brewer<br>Kemp Smith LLP<br>Po Box 2800<br>El Paso, TX 79999-2800 |
| Robert R. Feuille<br>201 E Main Dr  Ste 1100<br>El Paso, TX 79901-1340 | Texstar Escrow, LLC<br>5809 Acacia Cir<br>El Paso, TX 79912-4859 | United States Trustee<br>615 E. Houston Suite 533<br>San Antonio, TX 78205-2055 |
| United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | William Ehrlich<br>The Ehrlich Law Firm<br>444 Executive Center Blvd Ste 240<br>El Paso, TX 79902-1039 | Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3111 |
| Timothy V. Daniel<br>Timothy V. Daniel, P.C.<br>603 Mississippi Ave.<br>El Paso, TX 79902-2415 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)5401 Montoya Dr. El Paso Texas, LLC
5401 Montoya Dr
El Paso, TX 79932-2410

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13