5401 Montoya Dr. El Paso Texas LLC
13 Week Budget

## REVENUE

| | 02/01/21 | 02/08/21 | 02/15/21 | 02/22/21 | 03/01/21 | 03/08/21 | 03/15/21 | 03/22/21 | 03/29/21 | 04/05/21 | 04/12/21 | 04/18/21 | 04/26/21 | 05/03/21 | 13 week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Resident | $ 2,000.00 | | | | $ 2,000.00 | | | | $ 2,000.00 | | | | | $ 2,000.00 | $ 8,000.00 |
| Resident | $ 2,000.00 | | | | $ 2,000.00 | | | | $ 2,000.00 | | | | | $ 2,000.00 | $ 8,000.00 |
| Resident | $ 2,500.00 | | | | $ 2,500.00 | | | | $ 2,500.00 | | | | | $ 2,500.00 | $ 10,000.00 |
| Resident | $ 2,000.00 | | | | $ 2,000.00 | | | | $ 2,000.00 | | | | | $ 2,000.00 | $ 8,000.00 |
| Resident | $ 2,000.00 | | | | $ 2,000.00 | | | | $ 2,000.00 | | | | | $ 2,000.00 | $ 8,000.00 |
| Resident | $ 2,500.00 | | | | $ 2,500.00 | | | | $ 2,500.00 | | | | | $ 2,500.00 | $ 10,000.00 |
| Resident | | | | | | | | | | | | | | | |
| Resident | | | | | | | | | | | | | | | |
| Resident | | | | | | | | | | | | | | | |
| Resident | | | | | | | | | | | | | | | |
| WEEKLY TOTAL | $ 13,000.00 | $ - | $ - | $ - | $ 13,000.00 | $ - | $ - | $ - | $ 13,000.00 | $ - | $ - | $ - | $ - | $ 13,000.00 | $ 52,000.00 |

## EXPENSES

| | 02/01/21 | 02/08/21 | 02/15/21 | 02/22/21 | 03/01/21 | 03/08/21 | 03/15/21 | 03/22/21 | 03/29/21 | 04/05/21 | 04/12/21 | 04/18/21 | 04/26/21 | 05/03/21 | 13 week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Labor (3) | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 20,300.00 |
| Mortage, Taxes and Ins | $ 3,608.00 | | | | $ 3,608.00 | | | | $ 3,608.00 | | | | $ 3,608.00 | | $ 14,432.00 |
| El Paso Water | | $ 160.00 | | | $ 160.00 | | | | $ 160.00 | | | | $ 160.00 | | $ 640.00 |
| EPEC | | $ 160.00 | | | $ 160.00 | | | | $ 160.00 | | | | $ 160.00 | | $ 640.00 |
| Spectrum Cable | $ 375.00 | | $ 375.00 | | | $ 375.00 | | | $ 375.00 | | | | | | $ 1,500.00 |
| Groceries | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 3,500.00 |
| Cleaning Supplies | $ 300.00 | | | | $ 300.00 | | | | $ 300.00 | | | | $ 300.00 | | $ 1,200.00 |
| Clerical Supplies | $ 280.00 | | $ 280.00 | | $ 280.00 | | | | $ 280.00 | | | | $ 280.00 | | $ 1,120.00 |
| Ground Maintenance | $ 150.00 | | $ 150.00 | | | $ 150.00 | | | $ 150.00 | | $ 150.00 | | $ 150.00 | | $ 1,050.00 |
| Miscellaneous | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 1,680.00 |
| Taxes | | $ 1,500.00 | | | | $ 1,500.00 | | | | $ 1,500.00 | | | $ 1,500.00 | | $ 6,000.00 |
| WEEKLY TOTAL | $ 6,533.00 | $ 2,140.00 | $ 2,345.00 | $ 1,820.00 | $ 6,158.00 | $ 2,140.00 | $ 2,345.00 | $ 1,820.00 | $ 6,158.00 | $ 2,140.00 | $ 2,345.00 | $ 1,820.00 | $ 6,158.00 | $ 2,140.00 | $ 46,062.00 |

## SUMMARY

| | 02/01/21 | 02/08/21 | 02/15/21 | 02/22/21 | 03/01/21 | 03/08/21 | 03/15/21 | 03/22/21 | 03/29/21 | 04/05/21 | 04/12/21 | 04/18/21 | 04/26/21 | 05/03/21 | 13 week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Increase in cash for week | $ 13,000.00 | $ 6,467.00 | $ 4,327.00 | $ 1,982.00 | $ 13,162.00 | $ 7,004.00 | $ 4,864.00 | $ 2,519.00 | $ 13,699.00 | $ 7,541.00 | $ 5,401.00 | $ 3,056.00 | $ 1,236.00 | $ 8,078.00 | $ 52,000.00 |
| Cash disbursment for week | $ 6,533.00 | $ 2,140.00 | $ 2,345.00 | $ 1,820.00 | $ 6,158.00 | $ 2,140.00 | $ 2,345.00 | $ 1,820.00 | $ 6,158.00 | $ 2,140.00 | $ 2,345.00 | $ 1,820.00 | $ 6,158.00 | $ 2,140.00 | $ 46,062.00 |
| Cash balace end of week | $ 6,467.00 | $ 4,327.00 | $ 1,982.00 | $ 162.00 | $ 7,004.00 | $ 4,864.00 | $ 2,519.00 | $ 699.00 | $ 7,541.00 | $ 5,401.00 | $ 3,056.00 | $ 1,236.00 | $ (4,922.00) | $ 5,938.00 | $ 5,938.00 |