| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30067-hcm<br>Western District of Texas<br>El Paso<br>Wed Feb 10 18:23:21 CST 2021 | 5401 Montoya Dr. El Paso Texas, LLC<br>5401 Montoya Dr<br>El Paso, TX 79932-2410 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 | El Paso National Mortgage, LLC<br>444 Executive Center Blvd Ste 240<br>El Paso, TX 79902-1039 | El Paso National Mortgage, LLC<br>c/o Robert R. Feuille<br>ScottHulse, PC<br>201 E. Main, Suite 1100<br>El Paso, Texas 79901-1340 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Joe T. Meraz<br>c/o James W. Brewer<br>Kemp Smith LLP<br>Po Box 2800<br>El Paso, TX 79999-2800 | Robert R. Feuille<br>201 E Main Dr Ste 1100<br>El Paso, TX 79901-1340 |
| Texstar Escrow, LLC<br>5809 Acacia Cir<br>El Paso, TX 79912-4859 | United States Trustee<br>615 E. Houston Suite 533<br>San Antonio, TX 78205-2055 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| William Ehrlich<br>The Ehrlich Law Firm<br>444 Executive Center Blvd Ste 240<br>El Paso, TX 79902-1039 | Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3111 | Timothy V. Daniel<br>Timothy V. Daniel, P.C.<br>603 Mississippi Ave.<br>El Paso, TX 79902-2415 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)5401 Montoya Dr. El Paso Texas, LLC
5401 Montoya Dr
El Paso, TX 79932-2410

End of Label Matrix
Mailable recipients    14
Bypassed recipients     1
Total                  15