### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **5401 Montoya Dr. El Paso** | § | **Case No.: 21-30067** |
| **Texas, LLC,** | § | **Chapter 11** |
| *Debtor.* | § | **Subchapter V** |

### CERTIFICATE OF SERVICE OF ORDER SETTING EXPEDITED HEARING ON AMENDED MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND AMENDED MOTON FOR AUTHORITY TO USE CASH COLLATERAL

I hereby certify that on the 12th day of February, 2021, I did cause a copy of the **Order Setting Expedited Hearing On Amended Motion For Authority to Use Cash Collateral** (dkt#21) and **Motion to Waive Appointment of Healthcare Ombudsman Under 11 U.S.C. §333(a)(1)** (dkt#19) to be mailed to the following and to the individuals and entities on the attached mailing list:

Robert R. Feuille
ScottHulse
P.O. Box 99123
El Paso, Texas 79901

Brad Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Ste 700
Lubbock, 79401

City of El Paso
c/o Don Stecker
112 E. Pecan St., Ste 2200
San Antonio, TX 78205-1588

El Paso National Mortgage, LLC
44 Executive Center Blvd., Ste 240
El Paso, Texas 79902-1039

United States Trustee
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Benjamin Joe Giron
5401 Montoya Dr.
El Paso, TX 79902

/s/Timothy V. Daniel
Timothy V. Daniel
Counsel for Debtor-in-Possession