| Fill in this information to identify the case: |
| --- |

| Debtor name | 5401 Montoya Dr. El Paso Texas, LLC |
| --- | --- |
| United States Bankruptcy Court for the: | |
| | Western District of Texas |
| Case number (if known): | 21-30067 |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | | | $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 **Well Fargo** | **Checking account** | **0.00** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $0.00

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| Debtor | **5401 Montoya Dr. El Paso Texas, LLC** | | Case number *(if known)* | **21-30067** |
|---|---|---|---|---|
| | Name | | | |

**None**

**9.** **Total of Part 2**
Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                    **$0.00**

**Part 3:** Accounts receivable

**10.** **Does the debtor have any accounts receivable?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**11.** **Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ..... ➜ _____
face amount                     doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ..... ➜ _____
face amount                     doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    **$0.00**

**Part 4:** Investments

**13.** **Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of fund or stock:                                    % of ownership:

**None**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**None**

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83. $0.00

---

**Part 5:** Inventory, excluding agriculture assets

---

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| None | | | | |
| **20.** **Work in progress** | | | | |
| None | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22.** **Other inventory or supplies** | | | | |
| 22.1 Cleaning supplies | 02/01/2021 MM / DD / YYYY | $680.00 | Actual cost | $680.00 |

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84. $680.00

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **5401 Montoya Dr. El Paso Texas, LLC**                                    Case number *(if known)*    **21-30067**

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                                 **$0.00**

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor     **5401 Montoya Dr. El Paso Texas, LLC**                                          Case number *(if known)*        **21-30067**
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 **Desk** | $150.00 | | $150.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $320.00 |
| **40.** **Office fixtures** | | | |
| **None** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Computer, printer** | $500.00 | | $500.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $970.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49.** **Aircraft and accessories**

**None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                    $0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real Property |
|---|---|

**54.** **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| 55.1  Group Home | Fee Simple | (Unknown) | Zillow.com property value website | $410,000.00 |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                    $410,000.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

---

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  Patents, copyrights, trademarks, and trade secrets**

None

**61.  Internet domain names and websites**

None

**62.  Licenses, franchises, and royalties**

None

**63.  Customer lists, mailing lists, or other compilations**

None

**64.  Other intangibles, or intellectual property**

None

**65.  Goodwill**

None

**66.  Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                              $0.00

**67.  Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **5401 Montoya Dr. El Paso Texas, LLC** | Case number *(if known)* | **21-30067** |
|---|---|---|---|
| | Name | | |

---

**Part 11:** All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

73. **Interests in insurance policies or annuities**

    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **None**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

    **None**

76. **Trusts, equitable or future interests in property**

    **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

    **None**

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                                    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

Debtor    **5401 Montoya Dr. El Paso Texas, LLC**                    Case number *(if known)*    **21-30067**
Name

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $680.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $970.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9*............................................................. | | → $410,000.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column...... 91a. | $1,650.00 | + 91b. $410,000.00 |
| 92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ...................................................................... | | $411,650.00 |

Debtor  **5401 Montoya Dr. El Paso Texas, LLC**
Name

Case number *(if known)*  **21-30067**

## ▮ Additional Page

**39.** **Office furniture -** *Continued*

39.2  **Chairs**  $320.00  $320.00

| Fill in this information to identify the case: |
| --- |

| Debtor name | 5401 Montoya Dr. El Paso Texas, LLC |
| --- | --- |
| United States Bankruptcy Court for the: | |
| | Western District of Texas |
| Case number (if known): | 21-30067 |

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| **2.1** | | |
| --- | --- | --- |
| **Creditor's name**<br>City of El Paso | **Describe debtor's property that is subject to a lien**<br>Group Home<br>5401 Montoya Drive El Paso, TX 79932 | $11,848.53     $410,000.00 |

**Creditor's name**
City of El Paso

**Creditor's mailing address**
c/o Don Stecker
112 E Pecan St Ste 2200
San Antonio, TX 78205-1588

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   1) El Paso National Mortgage, LLC

   **2) City of El Paso**

   3) Texstar Escrow, LLC

**Describe debtor's property that is subject to a lien**
Group Home
5401 Montoya Drive El Paso, TX 79932

**Describe the lien** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Column A | $11,848.53 |
| --- | --- |
| Column B | $410,000.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $381,210.70

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2**

**Creditor's name**
El Paso National Mortgage, LLC

**Creditor's mailing address**
444 Executive Center Blvd Ste 240
El Paso, TX 79902-1039

**Creditor's email address, if known**

**Date debt was incurred**    11/18/2019

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**
Group Home
5401 Montoya Drive El Paso, TX 79932

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$364,828.39    $410,000.00

**2.3**

**Creditor's name**
Texstar Escrow, LLC

**Creditor's mailing address**
5809 Acacia Cir
El Paso, TX 79912-4859

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**
Group Home
5401 Montoya Drive El Paso, TX 79932

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,533.78    $410,000.00

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| William Ehrlich<br>The Ehrlich Law Firm<br>444 Executive Center Blvd Ste 240<br>El Paso, TX 79902 | Line 2.2 | ___ ___ ___ ___ |
| Feuille, Robert R.<br>201 E Main Dr Ste 1100<br>El Paso, TX 79901-1340 | Line 2.2 | ___ ___ ___ ___ |
| Texstar Escrow, LLC<br>5809 Acacia Cir<br>El Paso, TX 79912-4859 | Line 2.2 | ___ ___ ___ ___ |
| Joe T. Meraz<br>c/o James W. Brewer<br>Kemp Smith LLP<br>Po Box 2800<br>El Paso, TX 79999-2800 | Line 2.2 | ___ ___ ___ ___ |

| Fill in this information to identify the case: |
|---|
| Debtor name          5401 Montoya Dr. El Paso Texas, LLC |
| United States Bankruptcy Court for the: |
|           Western District of Texas |
| Case number (if known):     21-30067 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.** List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number (if known) | 21-30067 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**3.2** | **Nonpriority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**3.3** | **Nonpriority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**3.4** | **Nonpriority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**3.5** | **Nonpriority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

Debtor    **5401 Montoya Dr. El Paso Texas, LLC**          Case number *(if known)*    **21-30067**
        Name

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $0.00 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 5401 Montoya Dr. El Paso Texas, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-30067    Chapter  11  |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Fill in this information to identify the case: |
| --- |
| Debtor name     5401 Montoya Dr. El Paso Texas, LLC |
| United States Bankruptcy Court for the:     Western District of Texas |
| Case number (if known):    21-30067    Chapter   11 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*...................................................................................................................... $410,000.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................................................... $1,650.00

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................................... $411,650.00

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $381,210.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... **+** $0.00

4. **Total liabilities**.......................................................................................................................................... $381,210.70

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 5401 Montoya Dr. El Paso Texas, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-30067 |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $26,000.00 |
| For prior year: | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $156,000.00 |
| For the year before that: | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $156,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | | |
| For prior year: | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| For the year before that: | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number (if known) | 21-30067 |
|---|---|---|---|
| | Name | | |

<table><tr><td>Part 2:</td><td>List Certain Transfers Made Before Filing for Bankruptcy</td></tr></table>

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code<br>**Relationship to debtor** | _____<br>_____<br>_____<br>_____<br>_____ | _____<br>_____ | _____<br>_____<br>_____ |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | _____ | _____ |

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|--------|-------------------------------------|--------------------------|----------|
| | Name | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|----------------------------------------|----------------------|--------|
| 5.1. _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | XXXX– ___ ___ ___ ___ | _____ | _____ |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|------------|----------------|-----------------------------------|----------------|
| 7.1. Joe T. Meraz v. Benjamin Joe Giron, 5401 Montoya Dr. El Paso Texas, LLC et al. | Plaintiff alleges multiple torts against Benjamin Joe Giron in his role as Power of Attorney for his parents, including breach of fiduciary duty. Debtor 5401 Montoya is a named Defendant. | 3rd Judicial District Court Name 201 W. Picacho Ave Street D-307-CV-2020-01627 Las Cruces, NM 88005 City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** D-307-CV-2020-01627 | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|----------------------------|-------|
| 8.1. _____ Custodian's name _____ Street _____ City          State     ZIP Code | _____ **Case title** _____ **Case number** _____ **Date of order or assignment** _____ | _____ **Court name and address** Name _____ Street _____ City          State     ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                        State      ZIP Code

Recipient's relationship to debtor

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Timothy V. Daniel, PC | Attorney's Fee | 01/10/2021 | $5,762.00 |

**Address**

603 Mississippi Ave.
Street

El Paso, TX 79902
City                        State      ZIP Code

**Email or website address**

tim@timvdaniel.com

**Who made the payment, if not debtor?**

5401 Montoya Dr El Paso Texas, LLC

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | Trustee | | | |
| | _____ | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | Address | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

## Part 7:   Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

## Part 8:   Health Care Bankruptcies

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____<br>City        State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:** Personally Identifiable Information

---

### 16. Does the debtor collect and retain personally identifiable information of customers?

☐ No.

☑ Yes.       Name, date of birth, social security number, telephone number, and
State the nature of the information collected and retained.  address.

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

---

Debtor     5401 Montoya Dr. El Paso Texas, LLC                                        Case number *(if known)*      21-30067
                Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

---

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Giron, Benjamin Joe | 5401 Montoya Dr. | All personal property in common | $10,000.00 |
| Name | | areas -- furniture, pianos, pots and | |
| 5401 Montoya Dr. | | pans, pictures. Personal property in | |
| Street | El Paso, TX 79932 | Mr. Giron's bedroom. | |
| El Paso          TX     79932 | | | |
| City          State   ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | _____ | ☐ Pending |
| Case number | _____ | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State   ZIP Code | City          State     ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

Debtor     5401 Montoya Dr. El Paso Texas, LLC
           Name                                               Case number *(if known)*         21-30067

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | | |
| City       State   ZIP Code | City       State   ZIP Code | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City       State   ZIP Code | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> **Dates business existed** <br> From _____   To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Susie Ortega-Dalke <br> Name <br> _____ <br> Street <br> _____ <br> El Paso, TX <br> City       State       ZIP Code | From 11/2019   To Current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

---

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 9

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number (if known) | 21-30067 |
|---|---|---|---|
| | Name | | |

| Name and address | Dates of service |
|---|---|

26b.1.

Name _____ From _____ To _____

Street _____

_____

City _____ State _____ ZIP Code _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Benjamin Giron | 02/14/2021 | $680.00 |

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

### Name and address of the person who has possession of inventory records

27.1.
Giron, Benjamin Joe
Name

5401 Montoya Dr.
Street

El Paso, TX 79932
City                    State                    ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Giron, Benjamin Joe | 5401 Montoya Dr El Paso, TX 79932-2410 | Sole & Managing Member, 100% ownership | 100.00 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | | | |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

| Debtor | 5401 Montoya Dr. El Paso Texas, LLC | Case number *(if known)* | 21-30067 |
|---|---|---|---|
| | Name | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      02/14/2021
                 MM/  DD/  YYYY

**X**  /s/ Benjamin Joe Giron
       Signature of individual signing on behalf of the debtor

Position or relationship to debtor
                 Sole Member

Printed name                 Benjamin Joe Giron

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes