

**Nationwide** is on your side

# HOMEOWNER CUSTOMER NOTICE

| Policy Number | Date Prepared |
|---|---|
| 78 42 HR 111238 | JUN 17, 2020 |

**How to Contact Us**
**For Billing or Policy questions:**
915-759-8051

**Nationwide Representative:**
VICTOR F NEVAREZ AGENCY
AGENT NUMBER : 0029647
915-759-8051

BENJAMIN J GIRON & EL PASO NATIONAL
MORTGAGE LLC & 5401 Montoya Dr El Paso
Texas LLC
5401 MONTOYA DR
EL PASO TX 79932-2410



8572500027015

See back of your statement for important phone numbers and other information about your insurance.

**Note:**
Enclosed is your Homeowner Policy Renewal Declarations for Property described on the Declarations.

Please read it carefully. The Mortgagee has been billed for the amount listed below. Thank you for insuring with Nationwide.

**Total Billed To MORTGAGEE** $3,921.08

—————— RETAIN THIS PORTION FOR YOUR RECORDS ——————

At Nationwide, customer service is a top priority. Whether you are a long time customer or new, we want you to know the high value we place on your business. We consider it a privilege to serve you.

NATIONWIDE MUTUAL INSURANCE COMPANY

**\*\*\*\*\*\*\*\*\*\*THIS IS NOT A BILL\*\*\*\*\*\*\*\*\*\***

HIN 2005 07 16

# NATIONWIDE 24-HOUR CLAIM NUMBER 1-800-421-3535

**IMPORTANT INFORMATION:**

Please note the premium for your upcoming policy term may have increased by an amount equal to or greater than $10 or 10% from the previous term. If you currently pay your premium by Electronic Funds Transfer (EFT), the amount will automatically increase with your renewal. This new amount and the payment date will be detailed on your next billing statement.

Your credit report will only be ordered at the start of your policy with Nationwide unless you request an update. You may request a new credit-based insurance score once each year to be used to rate your policy. To request an updated insurance score, please contact us at 1-877-669-6877.

****** SPECIAL NOTICE ******

Please notify your agent immediately if the mortgage company shown on the Declarations is not correct.

**A Message From Your Nationwide Agent:**

Flood Insurance: You may also need to consider the purchase of flood insurance. Your insurance policy does not include coverage for damage resulting from a flood even if hurricane winds and rain caused the flood to occur. Without separate flood insurance coverage, you may have uncovered losses caused by a flood. Please discuss the need to purchase separate flood insurance coverage with your insurance agent or insurance company, or visit http://www.floodsmart.gov/.

Your premium may be reduced, if you have a qualifying Nationwide Life/Annuity policy. Please contact your Nationwide Agent for more information.

The following discounts may be offered by Nationwide on your policy. To verify which discounts your policy qualified for, please review the Premium Summary sections of this Declarations. For information on qualifying for additional discounts, please contact your agent. Possible discounts available: Home & Car, Multi Line, Claims Free, Prior Insurance, Home Purchase, Home Renovation, Protective Devices, and Gated Community.

**For Billing or Policy questions:** 915-759-8051

**For Hearing Impaired:** TTY 1-800-622-2421

**All other questions:** VICTOR F NEVAREZ AGENCY
915-759-8051

HIN 2005 07 16


HOMEOWNER POLICY DECLARATIONS
Non-Assessable

These Declarations are a part of the policy named above and identified by policy number below. They supersede any Declarations issued earlier. Your Homeowner Policy will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions. See policy for details regarding the **other coverages** and **additional coverage options**.

**Policy Number:**
78 42 HR 111238

**Issued:**
JUN 16, 2020

**Policyholder:**
**(Named Insured)**
BENJAMIN J GIRON & EL PASO NATIONAL MORTGAGE LLC & 5401 Montoya Dr El Paso Texas LLC
5401 MONTOYA DR
EL PASO TX 79932-2410

8572500027024

**Policy Period From:**
JUL 31, 2020 to JUL 31, 2021 but only if the required premium for this period has been paid, and only for annual renewal periods if premiums are paid as required. Each period begins and ends at 12:01 A.M. standard time at the Residence Premises.



### Where to access your policy documents

In order to view, print, or save your policy documents that do not contain personally identifiable information, go to www.nationwide.com/insurancecontracts on your Internet browser and enter your policy number. You can get hard copies of your documents mailed or emailed to you free of charge by calling 877-ON-YOUR-SIDE ® (877-669-6877). Please note that any policy documents containing personally identifiable information are not available for online viewing, unless you have registered for online account access. Go to www.nationwide.com/signup to create an account.

### The Following Change(s) Have Been Made To Your Policy:

Coverage A (Dwelling) Increase - Your dwelling coverage amount was increased. Dwelling coverage is the cost to rebuild your home, not the value of your home. Unrequested increases are due to the application of your policy's inflation guard which helps to ensure that your coverage limits increase as costs increase. Please periodically review your coverage with your agent and notify us of any additions, alternations, or renovations to your property.
The Limit of Liability for Section I Coverage B Other Structures is revised.
The Limit of Liability for Section I Coverage C Personal Property is revised.
Fortified Home Discount has been added.

### Residence Premises Information:

| | | |
|---|---|---|
| 5401 MONTOYA DR<br>EL PASO<br>TX 79932-2410 | PURCHASED: 10/2010<br>BUILT: 1960<br>CONSTRUCTION: FRAME<br>ROOF: STEEL<br>SUPPLEMENTAL HEATING? Y<br>002 OCCUPANTS IN DWELLING<br>ONE FAMILY | FD EL PASO<br>EL PASO FS 15<br>PROTECTION CLASS 1<br>MILES FROM FIRE DEPT: 002 |

**Additional Rating information:** The following is used when determining your policy's premium. Please advise immediately if this information is incorrect.

RATING AGE OF INSURED: 38

H 07 00 07 16

# HOMEOWNER POLICY DECLARATIONS

## SECTION I

| Property Coverages | Limits Of Liability | Deductible: | $5,000 ALL PERILS |
|---|---|---|---|
| COVERAGE-A-DWELLING | $884,000 | In case of a loss under Section I, we cover only that part of each loss over the deductible stated. | |
| COVERAGE-B-OTHER STRUCTURES | $88,400 | | |
| COVERAGE-C-PERSONAL PROPERTY | $486,200 | **EXCEPTIONS** | |
| COVERAGE-D-LOSS OF USE *ACTUAL LOSS SUSTAINED PAYMENT NOT TO EXCEED 24 MONTHS | ALS* | 1% OF COVERAGE A - DWELLING LIMIT = $ 8,840. THIS DEDUCTIBLE APPLIES TO WINDSTORM OR HAIL LOSSES. | |
| | | 1% OF COVERAGE A - DWELLING LIMIT = $ 8,840. THIS DEDUCTIBLE APPLIES TO TROPICAL C | |

## SECTION II

| Liability Coverages | Limits Of Liability |
|---|---|
| COVERAGE-E-PERSONAL LIABILITY FOR EACH OCCURRENCE: PROPERTY DAMAGE AND BODILY INJURY | $100,000 |
| COVERAGE-F-MEDICAL PAYMENTS TO OTHERS EACH PERSON | $1,000 |

## OTHER COVERAGES APPLICABLE

See Policy or Endorsements for details regarding Other Coverages that apply to your policy.

| Other Coverages | Limits of Liability |
|---|---|
| Biological Deterioration or Damage | $10,000 |
| Building Ordinance or Law | 10% |
| Inflation Protection Boeckh Index 0657.5 | APPLIES |
| Landlord's Furnishings | $2,500 |
| Loss Assessment | $1,000 |
| Personal Injury Liability | $100,000 |
| Water Backup Limited | $5,000 |
| Water Backup Deductible | $5,000 |
| Water damage | 100% OF COV A |
| Tools | $2,500 |



**Policy Number:**
78 42 HR 111238

**Policyholder:**
(Named Insured)
BENJAMIN J GIRON

**Issued:**
JUN 16, 2020

**Policy Period From:**
JUL 31, 2020 TO JUL 31, 2021



## PREMIUM SUMMARY

| Premium Based On | Premium Amount |
|---|---|
| POLICY PREMIUM | $3,772.62 |
| WATER DAMAGE | $135.12 |
| WATER BACKUP | $13.34 |
| **Annual Renewal Premium** | **$3,921.08** |

**Annual Renewal Premium Includes Discounts For:**
CLAIM FREE
HOME/CAR
YEARS WITH PRIOR CARRIER

## FORMS and ENDORSEMENTS MADE PART OF POLICY

| | |
|---|---|
| H 00 03 0716 | Your Nationwide Homeowners Policy |
| H 02 03 0716 | Limited Water Back-Up and Sump Discharge or Overflow Coverage |
| H 02 28 TX 0716 | Water Damage Coverage - Texas |
| H 02 04 0716 | Personal Injury Coverage |
| H 01 00 TX 0716 | Special Provisions - Texas |

## ADDITIONAL INTERESTS

**FIRST MORTGAGEE**
EL PASO NATIONAL
MORTGAGE LLC
5809 ACACIA CR
EL PASO TX 79912

**Issued By:** NATIONWIDE MUTUAL INSURANCE COMPANY
**Home Office – Columbus, Ohio**
Prior Declaration Issued: NOV 08, 2019

# IMPORTANT PHONE NUMBERS

Nationwide 24-Hour Claims Number: 1-800-421-3535

For Billing or Policy questions: 915-759-8051

For Hearing Impaired: TTY 1-800-622-2421

All other questions: VICTOR F NEVAREZ AGENCY
915-759-8051