# Comparable Market Analysis

## 5401 Montoya, El Paso, Tx, 79932

**Prepared for Benjamin Giron—Saturday, February 20, 2021**

**Veronica Flaherty**
**Dependable Real Estate Group**

6121 Pinehurst
El Paso, TX 79912
915-204-2009
veronica@dependablereg.com
http://www.dependablereg.com

*This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice.*

# Map of Subject And Comparable Properties



● Active    ● Sold    ● Pending    ● Withdrawn    ● Cancelled    ● Expired

|  | Address | MLS # | Status | Distance from Subject |
|---|---|---|---|---|
| Subject | 5401 Montoya , El Paso Tx 79932 |  |  |  |
| 1 | 808 W Sunset Road , El Paso TX 79922 | 736663 | Closed | 1.91m |
| 2 | 5040 Meadowlark Drive , El Paso TX 79922 | 756805 | Closed | 0.94m |
| 3 | 4031 Roadside Court , El Paso TX 79922 | 758660 | Closed | 3.46m |
| 4 | 725 GARY Lane , El Paso TX 79922 | 807112 | Closed | 2.79m |
| 5 | 5021 VISTA DEL MONTE Street , El Paso TX 79922 | 825249 | Closed | 0.87m |
| 6 | 5611 WESTSIDE Drive , El Paso TX 79932 | 832272 | Closed | 1.74m |

# Subject

| Address | 5401 Montoya , El Paso, Tx 79932 |
|---|---|
| # Bedrooms | 7 |
| Total Baths | 4 |
| Apx Sqft - Main | 5800 |
| Lot Size | .5 |
| Year Built | |
| Pool on Property | no |
| Lot Description: View Lot | standard |
| Garage: Double Attached | double attached carport |

# Comparable Properties

|  | Subject | 736663 | | 756805 | | 758660 | |
|---|---|---|---|---|---|---|---|
|  | |  | |  | |  | |
|  | **5401 Montoya El Paso Tx 79932** | **808 W Sunset Road El Paso TX** | | **5040 Meadowlark Drive El Paso TX** | | **4031 Roadside Court El Paso TX** | |
| Distance From Subject | | 1.91 | | 0.94 | | 3.46 | |
| List Price | | $689,000 | | $980,000 | | $580,000 | |
| Original List Price | | $750,000 | | $1,150,000 | | $589,000 | |
| Sold Price | | $600,000 | | $905,000 | | $530,000 | |
| Status | | Closed | | Closed | | Closed | |
| Status Date | | 09/05/2019 | | 07/01/2019 | | 09/13/2019 | |
| Days on Market | | 613 | | 175 | | 256 | |
| Cumulative Days on Market | | 613 | | 175 | | 527 | |
| **Adjustment** | | | **+/-** | | **+/-** | | **+/-** |
| # Bedrooms | 7 | 5 | +8000 | 5 | +8000 | 6 | +4000 |
| Total Baths | 4 | 5 | | 6 | | 7 | |
| Apx Sqft - Main | 5,800 | 4,794 | | 5,583 | | 5,100 | |
| Lot Size | 0.5 | 87,120 | | 43,485 | | 86,990 | |
| Year Built | | 1978 | | 1989 | | 1985 | |
| Pool on Property | no | No | | Yes | | Yes | |
| Lot Description: View Lot | standard | | | | | | |
| Garage: Double Attached | double attached carport | | | | | | |
| **Adjusted Price** | **$661,667** | **$608,000** | | **$913,000** | | **$534,000** | |

|  | Subject | 807112 | 825249 | 832272 |
|---|---|---|---|---|
|  |  |  |  |  |
|  | **5401 Montoya El Paso Tx 79932** | **725 GARY Lane El Paso TX** | **5021 VISTA DEL MONTE Street El Paso TX** | **5611 WESTSIDE Drive El Paso TX** |
| Distance From Subject |  | 2.79 | 0.87 | 1.74 |
| List Price |  | $950,000 | $450,000 | $569,500 |
| Original List Price |  | $950,000 | $450,000 | $569,500 |
| Sold Price |  | $850,000 | $465,000 | $576,000 |
| Status |  | Closed | Closed | Closed |
| Status Date |  | 08/14/2019 | 09/24/2020 | 10/21/2020 |
| Days on Market |  | 59 |  | 29 |
| Cumulative Days on Market |  | 59 |  | 29 |
| **Adjustment** |  | +/- | +/- | +/- |
| # Bedrooms | 7 | 5 | +8000 | 5 | +8000 | 5 | +8000 |
| Total Baths | 4 | 5 |  | 4 |  | 5 |  |
| Apx Sqft - Main | 5,800 | 5,775 |  | 4,645 |  | 4,814 |  |
| Lot Size | 0.5 | 58,457.5 |  | 50,000 |  | 86,902 |  |
| Year Built |  | 2007 |  | 1971 |  | 1987 |  |
| Pool on Property | no | No |  | Yes |  | Yes |  |
| Lot Description: View Lot | standard | Yes |  |  |  |  |  |
| Garage: Double Attached | double attached carport |  |  | Yes |  |  |  |
| **Adjusted Price** |  | **$661,667** | **$858,000** | **$473,000** | **$584,000** |

# Price Analysis





# Summary of Closed Listings

| MLS # | Address | List Price | DOM | CDOM | Sold Date | Sold Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|---|
| 736663 | 808 W Sunset Road, El Paso TX | $689,000 | 613 | 613 | 08/23/2019 | $600,000 | $8,000 | $608,000 |
| 756805 | 5040 Meadowlark Drive, El Paso TX | $980,000 | 175 | 175 | 07/01/2019 | $905,000 | $8,000 | $913,000 |
| 758660 | 4031 Roadside Court, El Paso TX | $580,000 | 256 | 527 | 08/19/2019 | $530,000 | $4,000 | $534,000 |
| 807112 | 725 GARY Lane, El Paso TX | $950,000 | 59 | 59 | 08/14/2019 | $850,000 | $8,000 | $858,000 |
| 825249 | 5021 VISTA DEL MONTE Street, El Paso TX | $450,000 | | | 09/04/2020 | $465,000 | $8,000 | $473,000 |
| 832272 | 5611 WESTSIDE Drive, El Paso TX | $569,500 | 29 | 29 | 10/20/2020 | $576,000 | $8,000 | $584,000 |

# Low, Average, Median, and High Comparisons

| | Closed | Overall |
|---|---|---|
| Low | $473,000 | $473,000 |
| Average | $661,667 | $661,667 |
| Median | $596,000 | $596,000 |
| High | $913,000 | $913,000 |

# Overall Market Analysis (Unadjusted)

| Status | # | Avg. List Vol. | Avg. List Price | Sold Vol. | Avg. Sold Price | Avg. Sale/List Price | Avg. Apx Sqft - Main | Avg. List $/Apx Sqft - Main | Avg. Sold $/Apx Sqft - Main | Avg. DOM | Avg. CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 6 | 4,218,500 | 703,083 | 3,926,000 | 654,333 | 0.94 | 5,118 | 135.44 | 126.35 | 189 | 234 |
| Overall | 6 | 4,218,500 | 703,083 | 3,926,000 | 654,333 | 0.94 | 5,118 | 135.44 | 126.35 | 189 | 234 |

**SELECTION CRITERIA FOR COMPARABLE PROPERTIES**

**Specified listings from the following search:** Property type Residential; Status of 'Active', 'Closed'; Property Class of 'Detached'; New Home or Resale of 'Resale'; # Bedrooms between 5 and 8; Apx Sqft - Main between 4600 and 6200; Apx Acres between .75 and 2.0; Middle School of 'Lincoln'; Sold Date between '06/20/2019' and '02/20/2031'.

# Listing Price Recommendation

| | |
|---|---|
| Low | $473,000 |
| High | $913,000 |
| Recommended | $661,667 |

**Residential 736663 Closed**  808 W Sunset Road, El Paso, TX 79922  **LP: $689,000**
Sandy Messer And Associates 420

| | | |
|---|---|---|
| **County:** El Paso | | **Property Class:** Detached |
| **Subdivision:** Country Club Place | | **Listing Type:** Exclusive Right To Sell |
| **Apx Yearly Taxes:** 4,794 | | **Zoning:** R2 |
| **Tax Year:** 2017 | | **Defects:** Owner Not Aware |
| **School District:** El Paso | | **Water District:** El Paso Water |
| **Elementary School:** White | | |
| **Middle School:** Lincoln | | |
| **High School:** Coronado | | |
| **Parcel ID:** C87599900104200 | | |
| **New Home or Resale:** Resale | | |

| | | | |
|---|---|---|---|
| **Property Sub-Type:** Single Family Residence | **Maid's Room:** No | **Fireplace:** No | **Year Built:** 1978 |
| **# Bedrooms:** 5 | **Apx Sqft - Main:** 4,794 | **# Fireplaces:** 0 | **Pool on Property:** No |
| **Total Baths:** 5 | **List Price Sqft:** 143.72 | | **Measured By:** Appraiser CAD |
| **Full Baths:** 4 | **Apx Acres:** 2 | | **Laundry Room Location:** Room |
| **3/4 Baths:** 0 | **Lot Size:** 87,120 | | |
| **Half Baths:** 1 | | | |
| **House Faces:** North | | | |

**Legal:** COUNTRY CLUB PLACE SOUTHSIDE TR 39 (HOMESITE) (1 ACRE)
**Interior Features:** 2+ Living Areas; Breakfast Area; Den; Dining Room; In-Law Quarters; Master Down; Utility Room; See Remarks
**Exterior Features:** Back Yard Access; See Remarks
**Appliances:** See Remarks
**Windows/Treatments:** See Remarks

| | | | |
|---|---|---|---|
| **Style:** 2 Story | **Construction:** Brick | **Landscape:** See Remarks | |
| **Roof:** Shingle | **Water:** City; Well | **Special Listing Conditions:** Fixer Upper; Verify Flood Insurance; None | |
| **Heating:** See Remarks | **Sewer:** Septic Tank | | |
| **Cooling:** See Remarks | **Flooring:** Other | **HOA?:** No | |
| **Garage:** Double Carport; Carpad; See Remarks | **Lot Description:** Horses Allowed; See Remarks | | |
| | **Finance Considered:** Cash; Conventional | | |
| | **Exemptions:** 65 or Over | | |

**Public Remarks:** This house sits on 2 acres of gated, walled land in a prime Upper Valley location. There is city water and electric but no sewer. Sewer is at street. Two septic tanks are on property. There are no warranties on this property. It is a house and in law suite attached. Car pads for parking and circular drive. This is prime land for residential development. Close to El Paso Country Club. survey available.

**Listing provided courtesy of:**
**Veronica Flaherty**
**Dependable Real Estate Group**
6121 Pinehurst
El Paso, TX 79912
915-204-2009
veronica@dependablereg.com
http://www.dependablereg.com

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Veronica Flaherty on Saturday, February 20, 2021 4:00 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**Adjustments for Comparable #736663 (Map Number 1)**

| Description | Value | $600,000 |
|---|---:|---:|
| # Bedrooms | +8000 | $608,000 |

| Residential 756805 Closed | 5040 Meadowlark Drive, El Paso, TX 79922 | LP: $980,000 |
|---|---|---|
| Legacy Real Estate Services 2805 | | |

| | | | |
|---|---|---|---|
| **County:** El Paso | **Property Class:** Detached |
| **Subdivision:** Monte Vista | **Listing Type:** Exclusive Right To Sell |
| **Apx Yearly Taxes:** 23,176 | **Zoning:** R1 |
| **Tax Year:** 2018 | **Defects:** Owner Not Aware |
| **School District:** El Paso | **Water District:** None |
| **Elementary School:** White | |
| **Middle School:** Lincoln | |
| **High School:** Coronado | |
| **Parcel ID:** M71399900007500 | |
| **New Home or Resale:** Resale | |

| | | | | | |
|---|---|---|---|---|---|
| **Property Sub-Type:** Single Family Residence | **Maid's Room:** Yes | **Is Property Also For Lease?:** No | **Year Built:** 1989 |
| **# Bedrooms:** 5 | **Apx Sqft - Main:** 5,583 | **Fireplace:** Yes | **Pool on Property:** Yes |
| **Total Baths:** 6 | **Apx SqFt - 2nd Bldg:** 899 | **# Fireplaces:** 1 | **Measured By:** Appraiser |
| **Full Baths:** 3 | **List Price Sqft:** 175.53 | | **Laundry Room Location:** Room |
| **3/4 Baths:** 2 | **Apx Acres:** 1 | | |
| **Half Baths:** 1 | **Lot Size:** 43,485 | | |
| **House Faces:** West | | | |

| Room Name | Level | Length | Width | Remarks | Room Features |
|---|---|---|---|---|---|
| Bedroom | | | | | With Bath, Walk-in Closets |
| Bedroom | | | | | With Bath, Walk-in Closets |
| Bedroom | | | | | With Bath, Walk-in Closets |
| Bedroom | | | | | Walk-in Closets |
| In-Law Apt | | | | | Ceiling Fan, Walk-in Closets, With Bath |
| MBR Suite | | | | | With Bath, Walk-in Closets |

**Legal:** MONTE VISTA #2 SLY PT OF TR 12 (102.38 FT ON ST - IRREG ON N - 116.82 FT ON E - 400 FT ON S) (0.9983 AC)
**Interior Features:** 2+ Living Areas; Alarm System; Breakfast Area; Built-Ins; Cable TV; Ceiling Fan(s); Dining Room; Foyer; Hot Tub (Indoor); Live-In Room; Master Up; MB Double Sink; Media Room; Pantry; Study Office
**Exterior Features:** Back Yard Access; Deck; Wall Privacy; Walled Backyard
**Appliances:** Built-In Electric Oven; Dishwasher; Disposal; Fan Hood; Gas Cooktop; Microwave; Refrigerator; Water Heater Gas
**Windows/Treatments:** Drapes; Shutters

| | | |
|---|---|---|
| **Style:** 2 Story; Custom; See Remarks | **Construction:** Brick Veneer | **Landscape:** Auto Sprinklers; Front & Back |
| **Roof:** Composition; Pitched | **Water:** City; See Remarks | |
| **Heating:** 2+ Units; Central; Forced Air | **Sewer:** See Remarks | **Special Listing Conditions:** None |
| **Cooling:** 2+ Units; Evaporative Cooling; Refrigerated | **Flooring:** Carpet; Hardwood; Terrazzo | |
| **Pool:** Gunite; Heated; In Ground | **Lot Description:** Irrigation; Standard Lot; Subdivided | **HOA?:** No |
| **Garage:** Double Detached; Oversized; RV Parking | **Finance Considered:** Cash; Conventional; FHA | |
| | **Exemptions:** Homestead | |

**Public Remarks:** This stunning estate home features 5 Bedrooms plus maid's quarters and a separate guest house to create a complete picture for a large family. Located on nearly one acre of lush landscaping and one block from El Paso Country Club, this exquisite custom home is move-in ready. A warm atmosphere with sophisticated indoor and outdoor living/and entertainment areas are a rare find. The chef's kitchen is centrally located to a formal dining area, live-in room and sun room. A grand foyer with stunning stairway and spacious office is accented by rich hardwood flooring. The theater/media room is complete with all the bells and whistles. Each bedroom has a bath and 2 guest baths. The backyard is a haven for family gatherings, entertainment and relaxation. Enjoy the sparkling pool and beautiful surroundings. The large multi-purpose guest house has a full kitchen/bath and is ideal for mother-in law, man cave or teenager's area. This is the home where everyone will want to gather! NEW ROOF DEC 2018

**Listing provided courtesy of:**
**Veronica Flaherty**
**Dependable Real Estate Group**
6121 Pinehurst
El Paso, TX 79912
915-204-2009
veronica@dependablereg.com
http://www.dependablereg.com

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Veronica Flaherty on Saturday, February 20, 2021 4:00 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

## Adjustments for Comparable #756805 (Map Number 2)

| Description | Value | $905,000 |
|---|---|---|
| # Bedrooms | +8000 | $913,000 |

| | | | |
|---|---|---|---|
| **Residential 758660 Closed** | | **4031 Roadside Court, El Paso, TX 79922** | **LP: $580,000** |
| The Real Estate Power Houses 1786 | | | |



| | | | |
|---|---|---|---|
| **County:** | El Paso | **Property Class:** | Detached |
| **Subdivision:** | Los Paseos | **Listing Type:** | Exclusive Right To Sell |
| **Apx Yearly Taxes:** | 15,144 | **Zoning:** | R2 |
| **Tax Year:** | 2016 | **Defects:** | Owner Not Aware |
| **School District:** | El Paso | **Water District:** | El Paso Water |
| **Elementary School:** | White | | |
| **Middle School:** | Lincoln | | |
| **High School:** | Coronado | | |
| **Parcel ID:** | 403083 | | |
| **New Home or Resale:** | Resale | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Property Sub-Type:** | N/A | **Maid's Room:** | Yes | **Fireplace:** | Yes | **Year Built:** | 1985 |
| **# Bedrooms:** | 6 | **Apx Sqft - Main:** | 5,100 | **# Fireplaces:** | 2 | **Pool on Property:** | Yes |
| **Total Baths:** | 7 | **Apx SqFt - 2nd Bldg:** | 500 | | | **Measured By:** | Appraiser |
| **Full Baths:** | 3 | **List Price Sqft:** | 113.73 | | | **Laundry Room Location:** | Room |
| **3/4 Baths:** | 3 | **Apx Acres:** | 2 | | | | |
| **Half Baths:** | 1 | **Lot Size:** | 86,990 | | | | |

**Legal:** Lot 6, Blk 4, Los Paseos Replat, El Paso Texas
**Interior Features:** 2+ Living Areas; Breakfast Area; Built-Ins; Cedar Closet(s); Den; Dining Room; Formal DR LR; Hot Tub (Indoor); LR DR Combo; Master Down; MB Jetted Tub; Skylight(s); Study Office; Utility Room; Wet Bar
**Exterior Features:** Awning(s); Fireplace Outside; Gas Grill; Gazebo; Hot Tub; See Remarks
**Appliances:** Built-In Gas Oven; Dishwasher; Disposal; Dryer Hookup; Exhaust Fan - Recirculating; Gas Cooktop; Indoor Grill; Washer Hookup
**Windows/Treatments:** Blinds; Double Pane Windows; Storm Window(s)

| | | | | | |
|---|---|---|---|---|---|
| **Style:** | 1 Story | **Construction:** | Brick | **Landscape:** | Front & Back; Full Sprinkler; Garden/Fruit Trees |
| **Roof:** | Pitched; Shingle | **Water:** | City | | |
| **Heating:** | 2+ Units; Central; Forced Air | **Sewer:** | City | **Special Listing Conditions:** | Owner Agent; Verify Flood Insurance |
| **Cooling:** | 2+ Units; Refrigerated | **Flooring:** | Hardwood; Terrazzo; See Remarks | **HOA?:** | No |
| **Pool:** | Heated; In Ground; Yes | | | **HOA Amenities:** | None |
| **Garage:** | Triple Attached; RV Parking; Workshop Area | **Lot Description:** | Cul-De-Sac; Horses Allowed; Irrigation | | |
| | | **Finance Considered:** | Conventional; TX Veteran; VA Loan | | |
| | | **Exemptions:** | Homestead | | |

**Public Remarks:** Gated entry to almost 2 acres of prime land in the upper Valley. Great location next to million $ homes. Plenty of parking space including RV, Triple car garage and other parking spaces. Independent Office with own private entry. Stand-alone building currently used as workshop (heated&cooled). Huge warehouse also heated and cooled. One story home featuring Heated Pool. Hardwood floors. Indoor spa room. Spacious kitchen w/ all S.S. appliances. Granite counter tops throughout kitchen. Refrigerated AC. 2 fire places. Wet bar. Outdoor kitchen. 2 dining areas. 2 Living areas. Irrigation rights and much more... Note: Main house is +/- 3,600sqft and rear office is +/- 1,500 sqft with refrigerated cooling and heating.

**Listing provided courtesy of:**
**Veronica Flaherty**
**Dependable Real Estate Group**
6121 Pinehurst
El Paso, TX 79912
915-204-2009
veronica@dependablereg.com
http://www.dependablereg.com

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Veronica Flaherty on Saturday, February 20, 2021 4:00 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

### Adjustments for Comparable #758660 (Map Number 3)

| Description | Value | $530,000 |
|---|---:|---:|
| # Bedrooms | +4000 | $534,000 |

**Residential 807112 Closed**     **725 GARY Lane, El Paso, TX 79922**     **LP: $950,000**

Home Pros Real Estate Group 1595



| | | | |
|---|---|---|---|
| **County:** | El Paso | **Property Class:** | Detached |
| **Subdivision:** | El Retiro | **Listing Type:** | Exclusive Right To Sell |
| **Apx Yearly Taxes:** | 21,066 | **Zoning:** | R2A |
| **Tax Year:** | 2018 | **Defects:** | Owner Not Aware |
| **School District:** | El Paso | **Builder Name:** | Duncan |
| **Elementary School:** | White | **Water District:** | El Paso Water |
| **Middle School:** | Lincoln | | |
| **High School:** | Coronado | | |
| **Parcel ID:** | E382-999-0020-0200 | | |
| **New Home or Resale:** | Resale | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Property Sub-Type:** | N/A | **Maid's Room:** | Yes | **Fireplace:** | Yes | **Year Built:** | 2007 |
| **# Bedrooms:** | 5 | **Apx Sqft - Main:** | 5,775 | **# Fireplaces:** | 2 | **Pool on Property:** | No |
| **Total Baths:** | 5 | **List Price Sqft:** | 164.5 | | | **Measured By:** | Appraiser |
| **Full Baths:** | 2 | **Apx Acres:** | 1.34 | | | | CAD |
| **3/4 Baths:** | 3 | **Lot Size:** | 58,457.5 | | | **Laundry Room Location:** | Room |
| **Half Baths:** | 0 | | | | | | |

| Room Name | Level | Length | Width | Remarks | Room Features |
|---|---|---|---|---|---|
| Bonus Room | Upper | 18 | 12 | GREAT BONUS ROOM FOR A GAME ROOM OR OFFICE | |

**Legal:** 2 EL RETIRO SUBDIVISION LOT 2 (58457.52 SQ FT)
**Interior Features:** 2+ Living Areas; Breakfast Area; Ceiling Fan(s); Den; Kitchen Island; LR DR Combo; MB Shower/Tub; Pantry; Study Office; Utility Room; Walk-in Closet(s); Wet Bar
**Exterior Features:** Back Yard Access; RV Hookup; See Remarks
**Appliances:** Dishwasher; Disposal; Double Oven; Dryer Hookup; Free-Standing Gas Oven; Range Hood; Refrigerator; Washer Hookup
**Windows/Treatments:** Double Pane Windows; See Remarks

| | | | | | |
|---|---|---|---|---|---|
| **Style:** | 1 Story; Custom | **Construction:** | Brick; Stucco | **Landscape:** | Auto Sprinklers; Front & Back; Lawn Grass |
| **Roof:** | Flat; Tile | **Water:** | City | | |
| **Heating:** | Central; Forced Air; Natural Gas | **Sewer:** | City | **Special Listing Conditions:** | None |
| **Cooling:** | 2+ Units; Central Air; Refrigerated | **Flooring:** | Hardwood; No Carpet; Wood | | |
| **Pool:** | None | **Lot Description:** | Corner Lot; Cul-De-Sac; View Lot | **HOA?:** | No |
| **Garage:** | Triple Attached; Oversized; Storage | **Finance Considered:** | Cash; Conventional; FHA; TX Veteran; VA Loan | | |
| | | **Exemptions:** | Homestead | | |

**Public Remarks:** ABSOLUTELY STUNNING MAJESTIC CUSTOM HOME LOCATED IN THE HEART OF UPPER VALLEY! WALK THRU THE RUSTIC DOUBLE WOOD DOORS INTO A WONDERFUL COURTYARD SURROUNDED WITH LIME STONE COLUMNS AND A STONE FIREPLACE ENTERING INTO AN IMPRESSIVE OPEN LIVING AREA WITH VAULTED CEILINGS, LARGE BEAMS, RECESSED LIGHTING AND LUXURIOUS FIREPLACE. A BEAUTIFUL GOURMET KITCHEN WITH QUARTZ COUNTER TOPS, AN ISLAND, A DOUBLE OVEN, WOLF BRAND STOVE AND A SUBZERO REFRIGERATOR, A BREAKFAST AREA AND OR OFFICE. A WONDERFUL WET BAR GREAT FOR ENTERTAINING WITH WINE AND BEVERAGE REFRIGERATORS. ALONG WITH 2 LIVING AREAS, THIS HOME ALSO FEATURES 5 SPACIOUS BEDROOMS ALL WITH WALK IN CLOSETS, ONE OF THE BEDROOMS MAY BE A IN LAWS QUARTERS, 5 BATHS, MASTER BATH WITH A STEAM SYSTEM, MAID QUARTERS, ELEGANT HARDWOOD FLOORS, PELLA WINDOWS, TRIPLE OVER SIZE GARAGE, WITH LOTS OF STORAGE AND A GREAT BONUS ROOM IN UPPER LEVEL. ENJOY A COVERED PATIO OVERLOOKING WONDERFUL SIZE BACK YARD LARGE ENOUGH FOR A POOL AND MORE! MAKE IT YOUR DREAM HOME TODAY!

**Listing provided courtesy of:**

**Veronica Flaherty**
**Dependable Real Estate Group**
6121 Pinehurst
El Paso, TX 79912
915-204-2009
veronica@dependablereg.com
http://www.dependablereg.com

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Veronica Flaherty on Saturday, February 20, 2021 4:00 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

### Adjustments for Comparable #807112 (Map Number 4)

| Description | Value | $850,000 |
|---|---:|---:|
| # Bedrooms | +8000 | $858,000 |

| | | |
|---|---|---|
| **Residential 825249 Closed** | **5021 VISTA DEL MONTE Street, El Paso, TX 79922** | **LP: $450,000** |

Steve Shapiro, REALTOR 2136



| | | | | |
|---|---|---|---|---|
| **County:** | El Paso | | **Property Class:** | Detached |
| **Subdivision:** | Vista Linda | | **Listing Type:** | Exclusive Right To Sell |
| **Apx Yearly Taxes:** | 9,369 | | **Zoning:** | R1 |
| **Tax Year:** | 2019 | | **Defects:** | Owner Not Aware |
| **School District:** | El Paso | | **Water District:** | El Paso Water |
| **Elementary School:** | Bond | | | |
| **Middle School:** | Lincoln | | | |
| **High School:** | Coronado | | | |
| **Parcel ID:** | V90299900103100 | | | |
| **New Home or Resale:** | Resale | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Property Sub-Type:** | N/A | **Maid's Room:** | Yes | **Fireplace:** | No | **Year Built:** | 1971 |
| **# Bedrooms:** | 5 | **Apx Sqft - Main:** | 4,645 | **# Fireplaces:** | 0 | **Pool on Property:** | Yes |
| **Total Baths:** | 4 | **List Price Sqft:** | 96.88 | | | **Measured By:** | Appraiser |
| **Full Baths:** | 3 | **Apx Acres:** | 1.1 | | | | CAD |
| **3/4 Baths:** | 1 | **Lot Size:** | 50,000 | | | **Laundry Room Location:** | Room |
| **Half Baths:** | 0 | | | | | | |

**Legal:** VISTA LINDA TR 5 (1.146 AC)
**Interior Features:** 2+ Living Areas; Breakfast Area; Den; Dining Room; Live-In Room; Wet Bar
**Exterior Features:** Back Yard Access
**Appliances:** Built-In Electric Oven; Electric Cooktop; Refrigerator
**Windows/Treatments:** Drapes

| | | | | | |
|---|---|---|---|---|---|
| **Style:** | 1 Story; Custom | **Construction:** | Brick | **Landscape:** | Front & Back |
| **Roof:** | Pitched; Shingle | **Water:** | City; Irrigation Well | **Special Listing Conditions:** | Fixer Upper |
| **Heating:** | Central; Natural Gas | **Sewer:** | City | **HOA?:** | No |
| **Cooling:** | Central Air; Refrigerated | **Flooring:** | Carpet; Marble | | |
| **Pool:** | Above Ground; Salt Water | **Lot Description:** | Horses Allowed; Irrigation | | |
| **Garage:** | Double Attached | **Finance Considered:** | Cash; Conventional | | |
| | | **Exemptions:** | 65 or Over | | |

**Public Remarks:** EXCELLENT UPPER VALLEY HOME LOCATED WITHIN WALKING DISTANCE OF THE EL PASO COUNTRY CLUB. 5 BEDROOMS 4 BATHROOMS PLUS OFFICE. LARGE OPEN KITCHEN AND FORMAL DINING ROOM. OVER 1 ACRE OF LAND. SWIMMING POOL, CABANA, AND STABLES. PROPERTY IS BEING SOLD AS IS.

**Listing provided courtesy of:**
**Veronica Flaherty**
**Dependable Real Estate Group**
6121 Pinehurst
El Paso, TX 79912
915-204-2009
veronica@dependablereg.com
http://www.dependablereg.com

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Veronica Flaherty on Saturday, February 20, 2021 4:00 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

### Adjustments for Comparable #825249 (Map Number 5)

| Description | Value | $465,000 |
|---|---|---|
| # Bedrooms | +8000 | $473,000 |

**Residential 832272 Closed**     **5611 WESTSIDE Drive, El Paso, TX 79932**     **LP: $569,500**
Sandy Messer And Associates 420



| | | | |
|---|---|---|---|
| **County:** | El Paso | **Property Class:** | Detached |
| **Subdivision:** | Upper Valley | **Listing Type:** | Exclusive Right To Sell |
| **Apx Yearly Taxes:** | 12,664 | **Zoning:** | R1 |
| **Tax Year:** | 2020 | **Defects:** | Owner Not Aware |
| **School District:** | El Paso | **Water District:** | El Paso Water |
| **Elementary School:** | Bond | | |
| **Middle School:** | Lincoln | | |
| **High School:** | Franklin | | |
| **Parcel ID:** | U819999008D1705 | | |
| **New Home or Resale:** | Resale | | |

| | | | | | |
|---|---|---|---|---|---|
| **Property Sub-Type:** | N/A | **Maid's Room:** | Yes | **Is Property Also For Lease?:** No | **Year Built:** 1987 |
| **# Bedrooms:** | 5 | **Apx Sqft - Main:** | 4,814 | **Fireplace:** Yes | **Pool on Property:** Yes |
| **Total Baths:** | 5 | **List Price Sqft:** | 118.3 | **# Fireplaces:** 2 | **Measured By:** Appraiser CAD |
| **Full Baths:** | 2 | **Apx Acres:** | 2 | | |
| **3/4 Baths:** | 2 | **Lot Size:** | 86,902 | | **Laundry Room Location:** Laundry room |
| **Half Baths:** | 1 | | | | |

**Legal:** 8 UPPER VALLEY TR 17-A-1 (1.995 AC)
**Interior Features:** 2+ Living Areas; Atrium; Breakfast Area; Ceiling Fan(s); Den; Dining Room; Game Hobby Room; Kitchen Island; Live-In Room; Master Down; MB Double Sink; Pantry; Utility Room; Walk-in Closet(s)
**Exterior Features:** Back Yard Access; Courtyard; Hot Tub; See Remarks
**Appliances:** Dishwasher; Disposal; Dryer Hookup; Free-Standing Electric Oven; Washer Hookup; Water Heater Gas; See Remarks
**Windows/Treatments:** Shutters

| | | | | | |
|---|---|---|---|---|---|
| **Style:** | 2 Story; Santa Fe; Territorial | **Construction:** | Stucco | **Landscape:** | Garden/Fruit Trees; Lawn Grass; Part Sprinklers |
| **Roof:** | Flat; Tile | **Water:** | City | | |
| **Heating:** | 2+ Units | **Sewer:** | City | **Special Listing Conditions:** | None |
| **Cooling:** | 2+ Units; Refrigerated | **Flooring:** | Carpet; Terrazzo | | |
| **Pool:** | Yes | **Lot Description:** | Horses Allowed; Irrigation | **HOA?:** | No |
| **Garage:** | 4 Car or More Attached; Opener(s) | **Finance Considered:** | Cash; Conventional; FHA; Home Warranty | | |
| | | **Exemptions:** | 65 or Over; Homestead | | |

**Public Remarks:** Custom built hacienda style home on 1.995 acres with pecan and fruit trees, horses allowed, irrigation rights and a well. Welcoming entry with fountain, surrounded by doors leading to the back courtyard to take in the serenity of the grounds. 4 spacious bedrooms and maids room downstairs with a large bedroom/game room upstairs. Spacious master suite with sitting area, kiva fireplace and french doors leading to courtyard and pool/spa. Master bath includes 2 separate vanities, shower, tub and walk in closets. Multiple living areas with wood ceilings and terrra cotta tile. Lovely kitchen with 2 ovens, large pantry, island and all open to breakfast area. 4 car garage, swimming pool and spa.

**Listing provided courtesy of:**
**Veronica Flaherty**
**Dependable Real Estate Group**
6121 Pinehurst
El Paso, TX 79912
915-204-2009
veronica@dependablereg.com
http://www.dependablereg.com

Information is deemed to be reliable, but is not guaranteed. © 2021 MLS and FBS. Prepared by Veronica Flaherty on Saturday, February 20, 2021 4:00 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

### Adjustments for Comparable #832272 (Map Number 6)

| Description | Value | $576,000 |
|---|---|---|
| # Bedrooms | +8000 | $584,000 |