**The relief described hereinbelow is SO ORDERED.**

**Signed March 11, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 5401 MONTOYA DR. EL PASO TEXAS, LLC, | § § | Case No. 21-30067-hcm |
| DEBTOR, | § | Chapter 11, Subch. V |
| _____ | § § | |
| EL PASO NATIONAL MORTGAGE, LLC, | § § | |
| MOVANT, | § | |
| vs. | § § | |
| 5401 MONTOYA DR EL PASO TEXAS, LLC, | § § | |
| RESPONDENT. | § | |

### ORDER GRANTING
### EL PASO NATIONAL MORTGAGE, LLC'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### REGARDING REAL ESTATE, 5401 MONTOYA DRIVE

On March 10, 2021, the Court conducted a hearing on El Paso National Mortgage, LLC's Motion for Relief from the Automatic Stay Regarding Real Estate, 5401 Montoya Drive, and Alternatively for Adequate Protection (the "Motion"). Debtor 5401 Montoya Dr. El Paso, Texas LLC appeared at the hearing by and through its counsel, Timothy V. Daniel, with its sole member

Benjamin Joe Giron appearing as its representative. The secured creditor, El Paso National Mortgage, LLC, appeared at the hearing by and through its counsel, Robert R. Feuille, with William Ehrlich appearing as its representative. The Court finds that it has jurisdiction of the subject matter and the parties and that cause exists to grant relief from the automatic stay of 11 U.S.C. § 362 for the reasons stated by the Court on the record at the hearing.

**IT IS, THEREFORE, ORDERED** that the Motion is granted as set forth below:

**IT IS ORDERED** that El Paso National Mortgage, LLC is hereby granted relief from the automatic stay of 11 U.S.C. § 362 to exercise its state law remedies, including but not limited to foreclosure, against the real property and improvements situated at 5401 Montoya Drive, El Paso, Texas, and more particularly described as

> Lot 24, Block 2, CLOVERDALE SUBDIVISION, an Addition to the City of El Paso, El Paso County, Texas, according to the Plat thereof recorded in Volume 7, Page 39, Plat Records of El Paso County, Texas,

and against Debtor but only to the extent necessary for foreclosure of the said collateral, with such foreclosure sale to be conducted on or after May 4, 2021, and no earlier.

**IT IS FURTHER ORDERED** that the relief from the automatic stay granted in this Order shall be effective for a period of six (6) months after the date of entry of this Order whether or not this case is converted or dismissed and whether or not Debtor may file a another bankruptcy case or bankruptcy petition under any chapter of the United States Bankruptcy Code during the said six (6) month period. For clarity, El Paso National Mortgage, LLC is and shall be authorized to proceed with foreclosure of the said collateral during the said six (6) month period in spite of any conversion or dismissal of this case or any new or subsequent bankruptcy petition filed by Debtor under any chapter of the United States Bankruptcy Code.

**IT IS FURTHER ORDERED** that the 14-day post-entry stay of Bankruptcy Rule 4001(a)(3) is hereby vacated.

# # #

**Submitted By:**

**ROBERT R. FEUILLE**
State Bar No. 06949100
**SCOTTHULSE PC**
1100 Chase Tower
201 E. Main
P.O. Box 99123
El Paso, Texas 79999-9123
(915) 533-2493
(915) 546-8333 Telecopier
Attorneys for El Paso National Mortgage, LLC